No. 88–305.   SOUTH CAROLINA *v.* GATHERS.   Sup. Ct. S. C. [Certiorari granted, *ante,* p. 888.]   Motion of respondent to dismiss the writ of certiorari denied.

No. 88–317.   DUCKWORTH *v.* EAGAN.   C. A. 7th Cir.   [Certiorari granted, *ante,* p. 888.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 88–454.   UNITED STATES *v.* MONSANTO.   C. A. 2d Cir. [Certiorari granted, *ante,* p. 941.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 88–557.   MICHIGAN *v.* LEIGH.   Ct. App. Mich.;

No. 88–597.   CITY OF GRETNA, LOUISIANA, ET AL. *v.* CITIZENS FOR A BETTER GRETNA ET AL.   C. A. 5th Cir.; and

No. 88–606.   CITY OF BAYTOWN, TEXAS, ET AL. *v.* CAMPOS ET AL.   C. A. 5th Cir.   The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 88–5526.   BETKA *v.* A–T INDUSTRIES, INC., ET AL., *ante,* p. 939.   Motion of appellant for reconsideration of order denying leave to proceed *in forma pauperis* denied.

No. 88–5803.   IN RE MILKOWSKI ET UX.   Motion of petitioners for leave to proceed *in forma pauperis* denied.   Petitioners are allowed until January 30, 1989, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of mandamus and/or prohibition without reaching the merits of the motion to proceed *in forma pauperis.*

No. 88–5823.   IN RE WRIGHT ET AL.;

No. 88–5949.   IN RE CHRISTIANSON;

No. 88–5982.   IN RE GILL; and

No. 88–6084.   IN RE RENTSCHLER.   Petitions for writs of habeas corpus denied.

No. 88–5921.   IN RE MARTIN.   Petition for writ of prohibition denied.   JUSTICE BRENNAN took no part in the consideration or decision of this petition.